10,760-06

## TEXAS Court of Criminal Appeals Austin TEXAS

### Cause Number M1552129

The State of TEXAS    X

     X

VS.      X

Joseph Dwight PaGE    X
    Pro Se     X

This document contains some pages that are of poor quality at the time of imaging.

In The Criminal Court No. 11 (mn)
DAllAs County, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 23 2015
Abel Acosta, Clerk

### Petition For WRit of Mondamus

To The HonoRAble Judge of Said Court:

Comes Now Joseph Dwight Page , HereIn Referred To As PetitioneR in the above Styled and Numbered Cause and moves This Honorable Court of Criminal Appeals, To oRdeR The Above Mention LoweR District Court of Dallas County, TEXAS to PRovide The Petitioner with Name and phone Number of his Appointed AttoRney; Rulings on his Motions foR Fast and speedy Trial and Motion FoR EXAmining Trial and would Show The Court:

### I.

oN FebruaRy 2, 2015 PetitioneR WAS ARrested and Charged with The offense Family Violence Asslt. (MI)

(1)

-1552129. Petitioner was appointed a Counsel by The state. Petitioner Saw his Attorney one Time via T.V. Attorney informed Petitioner That he would be going To Trial on The 24th of Feb. 2015.

A Non prosecution Affidavit was filed by The Alledged Victim Julie LARSON ON MARCH 9th 2015 - At The District Attorney's office.

To This 16th Day of MARCH 2015 Petitioner has Not been able To get Any Response nor Rulling from The Court OR his Attorney.

Petitioner has written Letters And filed Motions All To No Avail.

## Due Process Violation and Cruel and unusual Punishment vilation

Due Process Require under Rules of The Court That Petitioner must Communicate with his Counsel and The Court within a reasonable time prescribed by Law. The Court should not use delay Tactics To prolong Petitioner's Stay in Jail. which Result in A form of Cruel punishment. Petitioner has A Right To A speedy Trial.

## Unsworn Declaration

I Joseph D. Page , Declare under penalty of perjury that The foregoing writ of Mandamus was written by Me As being True and Correct to The best of my Recollection.

Signed by Joseph W. Page

## Certificate of Service

I, Joseph Dwight Page, Certify That a copy of The above writ of Mandamus was mailed to The Court of Criminal Appeals on This 18th Day of March 2015 by me

Signed Joseph D. Page

(4)

Petitioner has a Right to be Able to Contact his Attorney and discuss and prepare an adequate defense. Petitioner has no way of Contacting his appointed Counsel except via The Court. If The Court does not Answer Petitioner's Motion's or Letters, Than Petitioner has the Right to summon's This Honorable Court of criminal Appeals To order The Lower Court To Render due process and Equal protection under the Law.

## II

Petitioner further state That he has a good Job and place of Residence that he stands to Lose and prays This Court will Consider and make it's order under The facts presented.

wherefore Promises Are Stated

Respectfully submitted by

Joseph D. Page

(3)